IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT BARNARD AND BRYAN AHRENS, On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:11-CV-02198 |
| INTERTEK USA, INC D/B/A INTERTEK CALEB BRETT, | § § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF WITHDRAWAL OF MOTIONS

The Plaintiffs and the Defendants have entered into an agreement to withdraw two motions.

The Plaintiffs hereby withdraw their Motion for Partial Summary Judgment. (Doc. 171). The Defendants hereby withdraw their Expedited Motion to Dismiss or in the Alternative, to Compel Discovery Responses. (Doc. 175).

The parties request the Court remove these motions from its docket.

57151086.1                                                    1

|  |  |
|---|---|
| OF COUNSEL:<br><br>FULBRIGHT & JAWORSKI LLP<br>Colleen Cockrum<br>State Bar No. 24042846<br>Federal I.D. No. 821271<br>colleen.cockrum@nortonrosefulbright.com<br><br>Rea K. Ferandez<br>State Bar No. 24078496<br>Federal I.D. No. 1357837<br>rea.ferandez@nortonrosefulbright.com | By: _____/s/ M. Carter Crow_____<br>M. Carter Crow<br>State Bar No. 05156500<br>Federal I.D. No. 15048<br>carter.crow@nortonrosefulbright.com<br>Shauna Johnson Clark<br>State Bar No. 00790977<br>Federal I.D. No. 18235<br>shauna.clark@nortonrosefulbright.com<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 7010-3095<br>Telephone: (713) 651-5151<br>Telecopier: (713) 651-5246<br><br>Attorneys-in-Charge for Defendant,<br>Intertek USA, Inc.<br><br><br>By: _____/s/ Galvin B. Kennedy_____<br>Galvin B. Kennedy<br>Attorney-in-Charge for Plaintiffs<br>State Bar No. 00796870<br>Federal I.D. No. 270791<br>KENNEDY HODGES, LLP<br>711 West Alabama Street<br>Houston, Texas 77006<br>Telephone: (713) 523-0001<br>Telecopier: (713) 523-1116<br>gkennedy@kennedyhodges.com |

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on June 4, 2013, on counsel for Plaintiffs at the address listed below:

Mr. Galvin B. Kennedy
Mr. Don J. Foty
Kennedy Hodges L.L.P.
711 West Alabama Street
Houston, Texas 77006
Telephone:   (713) 523-0001
Telecopier:  (713) 523-1116

                                       */s/ M. Carter Crow*
                                       M. Carter Crow