UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROBERT BARNARD and BRYAN )
AHRENS, on Behalf of )
Themselves and on Behalf of )
All Others Similarly )
Situated, )
)
    Plaintiffs, )
)
vs. ) CIVIL ACTION NO. 4:11-cv-02198
)
INTERTEK USA INC D/B/A ) JURY TRIAL DEMANDED
INTERTEK CALEB BRETT, )
)
    Defendant. )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION

KEVIN MCFADDEN

FEBRUARY 2, 2012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    ORAL DEPOSITION OF KEVIN MCFADDEN, produced as a

witness at the instance of the Plaintiffs and duly sworn,

was taken in the above-styled and numbered cause on the

2nd day of February, 2012, from 10:28 a.m. to 3:07 p.m.,

before Anne F. Sitka, Certified Shorthand Reporter in and

for the State of Texas, reported by computerized stenotype

machine at the offices of Ogletree, Deakins, Nash, Smoak &

Stewart, P.C., One Allen Center, 500 Dallas Street, Suite

3000, Houston, Texas 77002, pursuant to the Federal Rules

EXHIBIT "1"

Page 11

1    A.    77586.

2    Q.    And how long have you lived at this address?

3    A.    Fourteen years.

4    Q.    Okay.  And what is the business address where you

5    go to work every day?

6    A.    801 Travis Street, Suite 1500, Houston, 77002.

7    Q.    Okay.  And the company you work for is Intertek?

8    A.    Correct.

9    Q.    And that's Intertek's main office?

10   A.    That's our corporate head office, correct.

11   Q.    Okay.  Can I get your date of birth?

12   A.    11/21/55.

13   Q.    Okay.  Do you have a Texas driver's license?

14   A.    Yes, I do.

15   Q.    And what is that number?

16   A.    One of the things I don't remember.

17           19045332.

18   Q.    Other than speaking with the lawyer that

19   represents Intertek, did you do anything else to prepare

20   for this deposition?

21   A.    No.

22   Q.    And did you review any documents?

23   A.    No.

24   Q.    I'm going to ask you some general background

25   questions.  We'll go through that pretty quickly, and then

Magna Legal Services

Page 63

1       A.    I couldn't tell you.

2       Q.    Same thing for the Channelview office?

3       A.    I couldn't tell you.

4       Q.    Okay.  Generally speaking what are the duties of

5   a dispatcher?

6                 MR. FLESHER:  Objection, in our motion.

7                 But you can answer if you know.

8       A.    Dispatcher, his primary function is to dispatch

9   the inspectors and to be the communications coordinator

10  for the inspector.

11      Q    (By Mr. Foty) Okay.  And those locations where a

12  dispatcher works, the dispatcher assigns the jobs to the

13  inspectors; is that correct?

14      A.    Frequently, yes.

15      Q.    Okay.  Does the dispatcher do any

16  inspection services?

17      A.    Yes, he does.

18      Q.    How often does he do inspection services?

19      A.    It varies from location to location; but

20  typically the dispatcher, if things are particularly busy

21  and there's no available inspectors, he's the next one to

22  go in the field.

23      Q.    But normally the dispatcher just does the

24  dispatch services, correct?

25      A.    No, in some locations he frequently does

Page 64

1   inspection work as well.

2       Q.    What locations are those?

3       A.    I couldn't --

4               MR. FLESHER:  Objection.

5               If you know.

6       A.    I couldn't tell you specifically, but they do do

7   that.

8       Q    (By Mr. Foty) Okay.  I mean, who does more

9   traveling, the inspector or a dispatcher?

10              MR. FLESHER:  Objection.

11      A.    What do you mean by travel?

12      Q    (By Mr. Foty) What do you think I mean by

13  traveling?  Who does more driving as part of their work

14  for Intertek, an inspector or a dispatcher?

15              MR. FLESHER:  Same objection.

16      A.    We would assume the inspector.

17      Q    (By Mr. Foty) Okay.  Are there different types of

18  dispatchers?

19              MR. FLESHER:  Objection.

20      A.    No.  What do you mean by "different types"?

21      Q    (By Mr. Foty) I mean is there a -- well, I don't

22  know.  I mean, if you can't answer the question, then

23  obviously there's not a different type of dispatcher.

24              MR. FLESHER:  Objection.  Was that a

25  question?

Page 66

1   Q   (By Mr. Foty) You can answer the question.

2   A.   Oh, sorry.

3           But he also has to give the instructions to

4   the inspector.  He is the first call that the inspector

5   makes if there's an issue; so, he has to be qualified

6   to -- technically qualified to talk the inspector through

7   if there's any issues.  He also has to talk to the

8   customer.  So, there are different levels of dispatchers.

9   Q.   And, you know, what each person knows may be

10  different; but the general duties of a dispatcher are the

11  same, to give information about the jobs to an inspector,

12  correct?

13          MR. FLESHER:  Objection, asked and answered.

14  A.   In its most general terms, yes.

15  Q   (By Mr. Foty) Okay.  Like the inspectors, do the

16  dispatchers get paid on an hourly rate basis?

17  A.   I believe so.

18  Q.   Okay.  Are you aware of any distinctions amongst

19  the pay of the inspectors versus the dispatchers?

20          MR. FLESHER:  Objection.

21          But you can answer.

22  A.   I'm not aware of any.

23  Q   (By Mr. Foty) Okay.  So, a dispatcher gets paid

24  like an inspector?

25  A.   He gets paid, yes.

Page 72

1    employee, which could include but are not limited to

2    expenses such as depreciation or lease payments,

3    insurance, registration and license fees, personal

4    property taxes, et cetera."

5              Did I read that correctly?

6    A.   Yes.

7    Q.   Is that what the auto allowance is intended to

8    compensate?

9    A.   If this is referencing auto allowance -- is this

10   referencing auto allowance?

11   Q.   Yes, it is.

12   A.   -- then that's what it was intended to reimburse

13   the inspector for.

14   Q.   So, the auto allowance is to cover fixed costs,

15   correct?

16   A.   It's to reimburse the inspector for the use of

17   his vehicle; and I'm assuming that a fixed cost on a

18   vehicle, as you know if you have one, is not all the same

19   every month.  Maintenance can vary.

20   Q.   And part of the fixed cost that the auto

21   allowance is intended to compensate is insurance; is that

22   correct?

23   A.   I believe so, yes.

24   Q.   Okay.  So is the registration and license fees,

25   correct?

Page 73

1    A.    I believe so, yes.

2    Q.    And so is personal property taxes?

3    A.    I believe so, yes.

4    Q.    And lease payments, correct?

5    A.    I believe so, yes.

6    Q.    Do the inspectors have to submit any receipts to

7    be reimbursed for those categories?

8    A.    For the auto allowance?

9    Q.    Yes.

10   A.    No.

11   Q.    Do the inspectors have to provide anything to

12   Intertek to prove that they incurred those expenses?

13   A.    No.

14   Q.    Now, Intertek compensates the inspectors through

15   the auto allowance for car insurance, correct?

16   A.    It's one of the things the auto allowance is

17   meant to reimburse the inspector for.

18   Q.    Car insurance is something that the inspectors

19   would have incurred regardless of working for Intertek; is

20   that correct?

21   A.    One would assume so, yes.

22   Q.    Okay.  Intertek does not require that the

23   inspectors purchase a certain type of insurance, correct?

24   A.    Intertek requires that the inspectors have

25   insurance on their vehicle.

Page 74

1    Q.    Which is also state law, though, correct?

2    A.    It's also a requirement for the inspector to have

3    insurance on his vehicle.

4    Q.    Intertek does not require a certain type of

5    insurance, though?

6    A.    I can't answer that specifically.  I don't

7    recall, but I know we do require them to have insurance on

8    their vehicle.

9    Q.    Okay.  Well, you don't require them to purchase

10   the insurance through Farmers or GEICO, correct?

11   A.    No.

12   Q.    And it's not like Intertek has negotiated some

13   rate with an insurance provider like GEICO or Farmers so

14   that the inspectors can then purchase that insurance

15   through that company, correct?

16   A.    Correct.

17   Q.    And an inspector does not have to get a

18   commercial driver's license to work for Intertek, correct?

19   A.    Correct.

20   Q.    And they don't have to get a commercial insurance

21   policy, correct?

22   A.    Correct.

23   Q.    Does Intertek require more insurance than what is

24   required by state law?

25   A.    I don't believe so.

Page 79

1      A.    It's intended to reimburse the inspector for the

2    use of his private vehicle, yes.

3      Q.    Now, did Intertek -- including registration and

4    license fees, correct?

5              MR. FLESHER:  Objection, asked and answered.

6      A.    Including all the expenses associated with using

7    your own private vehicle, yes.

8      Q    (By Mr. Foty) Which includes registration and

9    license fees?

10             MR. FLESHER:  Objection, asked and answered.

11     Q    (By Mr. Foty) Correct?

12     A.    Yes, it does, all the inspection.

13     Q.    Intertek did not negotiate a lower rate with the

14   state of Texas for registration and license fees for its

15   employees, correct?

16     A.    Correct.

17     Q.    So, an Intertek employee pays the exact same that

18   any other person would for a registration and license fee,

19   correct?

20     A.    I would assume so, yes.

21     Q.    Okay.  Personal property taxes, that's something

22   that also Intertek compensates the inspectors, correct?

23             MR. FLESHER:  Objection, asked and answered.

24     A.    If the auto allowance that we pay inspectors is

25   used to pay for the personal property taxes on the

Page 80

1   vehicle, yes, you are correct.

2       Q   (By Mr. Foty) You would agree that those are

3   purely personal to the employee?

4               MR. FLESHER:  Objection.

5       A.   They're part of the cost of the employee

6   providing the vehicle.  Yes, you are correct.

7       Q   (By Mr. Foty) Lease payments, now that's the cost

8   to actually operate a vehicle, correct?

9       A.   That's the cost of paying for the vehicle, yes.

10      Q.   Okay.  Now, the auto allowance is intended to

11  compensate for the lease payments, correct?

12              MR. FLESHER:  Objection, asked and answered.

13      A.   The auto allowance is intended to compensate for

14  all expenses of providing a personal vehicle, which may

15  include lease payments and bank payments, yes.

16      Q   (By Mr. Foty) Okay.  Now, if I were an Intertek

17  inspector and I'm leasing my vehicle, I could use that

18  vehicle to buy groceries that are purely personal to me,

19  correct?

20              MR. FLESHER:  Objection.

21      A.   You are correct.

22      Q   (By Mr. Foty) I could go to the movies in that

23  car, right?

24              MR. FLESHER:  Objection.

25      A.   Correct.

Page 81

1     Q     (By Mr. Foty) I could go to a ballgame in that

2     car, correct?

3                     MR. FLESHER:  Objection.

4     A.    Correct.

5     Q     (By Mr. Foty) I could take a vacation in that

6     car, correct?

7                     MR. FLESHER:  Objection.

8     A.    Correct.

9     Q     (By Mr. Foty) And the cost to have that car is

10    compensated by Intertek, correct?

11    A.    Correct.

12                    MR. FLESHER:  Objection.

13    Q     (By Mr. Foty) Do dispatchers receive a different

14    amount for the auto allowance than the inspectors?

15    A.    I don't believe so.

16    Q.    Okay.  So, they receive the same amount?

17    A.    I believe so.

18    Q.    Okay.  So, even though the inspectors drive their

19    vehicles more than the dispatchers do, they both receive

20    the same amount for the auto allowance?

21                    MR. FLESHER:  Objection.

22    A.    The auto allowance is designed to reimburse them

23    for the provision of the vehicle.  Dispatchers have to

24    provide a vehicle, too, as well.  So, yes, it's designed

25    for the same.

Page 82

1      Q     (By Mr. Foty) So, even if there was a dispatcher

2    that only drove his vehicle one day as part of his duties

3    for Intertek, he would still receive the same auto

4    allowance as the inspector who drives every day; is that

5    correct?

6                    MR. FLESHER:  Objection.

7                    You can answer if you know.

8      A.    That's correct.

9      Q     (By Mr. Foty) When was the auto allowance first

10   enacted?

11     A.    It's been in the company as long as I've been in

12   the company.

13     Q.    So, you don't know who decided the auto

14   allowance?

15     A.    No idea.

16     Q.    How are the rates decided?

17     A.    The rate, the current rate, I believe was changed

18   sometime in 2005; but prior to that I couldn't tell you

19   when the -- who decided on the rates.

20     Q.    Okay.  Who made the change -- who made the

21   decision to change the rate in 2005?

22     A.    It was a general discussion in a managers meeting

23   that given the costs of providing a vehicle, given the

24   cost of increased insurance and maintenance, that it was

25   past time to increase the auto allowance.

Page 83

1    Q.   And what was it increased to?

2    A.   I believe it was increased to 350.

3    Q.   A month?

4    A.   A month.

5    Q.   And before that it was what amount?

6    A.   I believe it was 300 a month.

7    Q.   And who took part in that decision?

8    A.   I don't recall specifically.  I recall -- if

9    memory serves me correctly, it was a managers meeting

10   sometime in 2005.  I can't recall the specific attendees.

11   Q.   Was it managers of -- all managers throughout

12   Intertek?

13   A.   It was -- again, I can't remember who was there;

14   but it was a managers meeting.  So, a good grouping of the

15   branch managers were all in attendance.

16   Q.   Did you take part in that meeting?

17   A.   Yes, I believe I was in the meeting.

18   Q.   Okay.  And what studies did you rely upon -- did

19   everybody rely upon, if any, to make the decision to

20   increase the auto allowance?

21   A.   There was no studies made.

22   Q.   Was it just, hey, let's just change it to 350 a

23   month?  Was it --

24   A.   I believe it was the general feeling that it was

25   time to increase it given the fact that the cost of

Magna Legal Services

Page 85

1    A.    I really can't.  I'm sorry.

2    Q.    So, that meeting that was held in 2005, the

3  decision to increase the auto allowance by $50 was not

4  based upon any studies about changes in car insurance

5  rates or registration and license fees or lease payments

6  for vehicles or personal property taxes for vehicles,

7  correct?

8    A.    No.

9    Q.    In addition to the auto allowance, Intertek pays

10  its inspectors a mileage reimbursement?

11    A.    Yes.

12    Q.    Why does Intertek pay both the mileage

13  reimbursement and the auto allowance to its inspectors?

14    A.    The auto allowance is designed to reimburse the

15  inspector the cost of providing the vehicle.  The mileage

16  allowance is designed to reimburse the inspector for the

17  daily costs of driving the vehicle, primarily gasoline.

18    Q.    Isn't it Intertek's policy to either provide the

19  auto allowance or the mileage reimbursement to the

20  inspector and not both?

21    A.    No.  To the best of my knowledge, we've always

22  provided both.

23              (Exhibit 9 marked)

24    Q    (By Mr. Foty) I'm going to go ahead and hand you

25  Exhibit 9 to this deposition, which is Intertek 10747 to

Page 106

1          There may not be any relieving, and they may

2     have had a chance to go home for a break if a ship is

3     loading or discharging or the job is finished and they are

4     doing the same for another job.

5        Q.    What is the longest number of hours that Intertek

6     requires its inspectors to work continuously?

7        A.    We don't have a set policy.

8        Q.    Okay.  Well, what is the longest number of

9     hours -- well, strike that.

10          When do the inspectors get a break if they

11     are on that on-call system?

12               MR. FLESHER:  Objection.

13               But you can answer.

14        A.    There is no defined break time.

15        Q     (By Mr. Foty) Well, how does it work?  Give me an

16     example of the on-call system where -- just give me a

17     hypothetical where --

18        A.    Hypothetical, if an inspector is assigned to work

19     a ship that's coming into, say, Vopak at Pasadena, we will

20     get a call from the terminal an hour or two hours before

21     the ship's arriving.  Dispatch will notify the inspector.

22     The inspector who's assigned to that job -- or inspectors

23     who are assigned to that job will be out there at the time

24     the terminal has said for them to be there, and they will

25     be assigned to that job until that job is finished.

Magna Legal Services

Page 107

1      Q.    What if it takes 48 hours?

2      A.    If it takes 48 hours, it takes 48 hours.

3      Q.    And they will --

4      A.    But they will -- there are times when an

5  inspector will be able to home during that period.

6  There's not always something happening during that time.

7      Q.    And so, they get to go home?

8      A.    They get to go home.

9      Q.    Okay.  And then after they go home, sleep, they

10  go back?

11      A.    Correct.

12      Q.    Okay.  Now, the inspectors are not staying

13  overnight at a hotel when they're on that on-call system?

14            MR. FLESHER:  Objection.

15            You can answer.

16      A.    Usually not, no.

17      Q     (By Mr. Foty) I mean, they go back to their

18  homes?

19      A.    Yes.

20      Q.    Okay.  Now let's go back to that meeting that we

21  talked about in 2005.  Was the purpose of the meeting to

22  discuss raising the auto allowance, or was there other

23  stuff that was discussed?

24      A.    It would be a general managers meeting; so, it

25  wouldn't -- it wasn't for that particular purpose, no.

Page 110

1        But you can answer.

2    A.   I'm not aware of any.

3    Q    (By Mr. Foty) And, likewise, you're not aware of

4    any for the 350-dollar allowance as well, correct?

5    A.   Correct, I'm not aware of any.

6        MR. FOTY:  All right.  I think we're at a

7    good stopping point.  So, let's go off the record.

8        (Lunch recess taken)

9    Q    (By Mr. Foty) Okay.  Back on the record.

10       Mr. McFadden, before we took a lunch break,

11   we were talking about the mileage reimbursement and the

12   auto allowance, correct?

13   A.   Yes.

14   Q.   The auto allowance covers lease payments to a

15   car.  It covers license and registration fees for the car.

16   It covers car insurance.  It covers personal property

17   taxes.  Does it cover anything else?

18       MR. FLESHER:  You mean the auto allowance?

19       MR. FOTY:  The auto allowance.

20   A.   It covers all the expenses an employee would have

21   in providing their vehicle fees for their job.

22   Q    (By Mr. Foty) And what are those expenses?

23   A.   The ones that you've listed.

24   Q.   Okay.  The mileage reimbursement is to cover --

25   strike that.

1          Both the mileage reimbursement and the auto

2    allowance are to cover expenses that the employee incurs

3    when driving a vehicle, correct?

4       A.   In essence, correct.  Auto allowance is for the

5    monthly expenses.  The mileage allowance is for the daily

6    running expenses.

7       Q.   Does Intertek do any analysis to determine how

8    many miles were driven by an employee for personal

9    purposes versus for business purposes?

10      A.   No.  The employee reports the miles that they

11   drive for the business expenses.

12      Q.   And so, those records should be in Intertek's

13   possession?

14      A.   The records, those are the -- if the employee

15   turned them in to claim reimbursement, then the record

16   should be in Intertek's possession.

17      Q.   But those would be the only records?

18      A.   As far as I'm aware, yes.

19      Q.   The 350-dollar auto allowance is the same for all

20   inspectors and dispatchers?

21      A.   I believe so.

22      Q.   Now, $350 a month comes to -- I'm going to do the

23   math right now on my calculator.  $350 a month comes to

24   $4,200 per year.

25      A.   Not having the benefit of a calculator, I'll take

Page 114

1    working.

2        Q.    If an employee works a shift and takes a lunch

3    break, they receive money from Intertek to pay their

4    lunch, correct?

5        A.    Correct.

6        Q.    Typically inspectors and dispatchers receive a

7    one-hour lunch break; correct?

8        A.    Actually, no.

9        Q.    What is their lunch break?

10       A.    It varies.  Inspectors, as we discussed earlier,

11   their job when working is on the requirements of the

12   client.  So, there's no set break time that an inspector

13   can be assigned at any one time.

14       Q.    But they are guaranteed at least a 30-minute to

15   one-hour break, correct?

16       A.    No.

17       Q.    So, an employee can work a 12-hour shift straight

18   without ever taking any break?

19       A.    No.  That's not what I understood your question

20   to be.

21       Q.    Okay.  I guess my question is:  In every shift

22   that an inspector or a dispatcher works, he gets a break

23   for lunch?

24       A.    Inspector --

25             MR. FLESHER:  Objection.

Magna Legal Services

Page 115

1                    But go ahead.

2        A.    Inspectors manage their own time.   Inspectors

3    record their own time.   Inspectors are trusted to manage

4    their own breaks.

5        Q    (By Mr. Foty) But Intertek allows them to take

6    how much time for breaks?

7                    MR. FLESHER:  Objection.

8        A.    We can't dictate -- sitting in an office --

9    dictate that "on that particular day, you will take a

10   particular amount of time for a break."  So, we won't

11   control what the shift does or what the barge does.

12       Q    (By Mr. Foty) But they are expected to take

13   breaks to go eat lunch?

14                   MR. FLESHER:  Objection.

15       A.    They are expected to manage the time in which

16   they have the opportunity to take a break for lunch and

17   take a break.

18       Q    (By Mr. Foty) And when they do take that lunch

19   break, they can go eat at any restaurant that they want

20   to, correct?

21       A.    I would imagine so.

22       Q.    I mean, they can choose to go eat at McDonald's

23   or Burger King, Wendy's.  It doesn't matter?

24       A.    I would imagine so.

25       Q.    There aren't any restrictions on where they can

Page 116

1  go eat.

2              MR. FLESHER:  Objection.

3      Q    (By Mr. Foty) Correct?

4      A.   Correct.

5      Q.   And just like any other job, they can buy their

6  lunch if they please, correct?

7              MR. FLESHER:  Objection.

8      A.   Correct.

9      Q    (By Mr. Foty) And as you said, Intertek gives

10 them money for their lunch, correct?

11     A.   Employee is the one who tells us that he had to

12 buy a lunch or a meal while he's working and he records it

13 and we reimburse him for that expense, correct.

14     Q.   But the employee does not -- including the -- the

15 inspectors and dispatchers, they don't have to submit

16 receipts?

17     A.   No.

18     Q.   They just include it on the job voucher?

19     A.   That's correct.

20              (Exhibit 10 marked)

21     Q    (By Mr. Foty) I'm handing you what has been

22 marked as Exhibit 10 to this deposition.  Exhibit 10 to

23 this deposition is the job voucher policies for Intertek,

24 correct?

25              MR. FLESHER:  Just to clarify:  You're

Magna Legal Services

Page 146

1      A.    I don't know.  I'd have to look at the policy.

2      Q     (By Mr. Foty)  Okay.  Now it's your understanding

3   that a person's personal insurance does not cover the

4   person if they are using the vehicle in the course and

5   scope of their employment, correct?

6              MR. FLESHER:  Objection.

7      A.    I don't know what individual insurance policies

8   the inspectors have.

9      Q     (By Mr. Foty)  Okay.  Has Intertek ever required

10  the inspectors or the dispatchers to purchase commercial

11  general liability insurance for their vehicles?

12     A.    Not as far as I'm aware.

13     Q.    So, the insurance that is compensated by Intertek

14  is purely personal insurance, correct?

15             MR. FLESHER:  Objection.

16     A.    It's insurance for the vehicles, whatever the

17  inspectors have on their vehicle.

18     Q     (By Mr. Foty)  And that's purely personal

19  insurance, correct?

20             MR. FLESHER:  Objection.

21     A.    It's insurance for that vehicle.

22     Q     (By Mr. Foty)  And that insurance covers the

23  inspector when they are driving to the movies, correct?

24     A.    It covers the inspector when he's driving his

25  vehicle.

Page 147

1    Q.    And that includes driving to the movies or on a

2  vacation, correct?

3    A.    And driving to the terminal, yes.

4    Q.    Do you know whether or not that personal

5  insurance covers the inspectors for driving within the

6  course and scope of their employment for Intertek?

7              MR. FLESHER:  Objection.

8    Q    (By Mr. Foty) Do you know that?

9    A.    I have no idea.

10   Q.    Did Intertek make any effort to determine what

11 percentage of any insurance premium for the vehicles was

12 for business use as opposed to personal use each month?

13   A.    I have no idea.

14   Q.    Did Intertek make any determination as to what

15 percentage of the automobile license and registration fees

16 were for business use as opposed to personal use?

17   A.    I have no idea.

18   Q.    Did Intertek take any effort to determine what

19 percentage of the property taxes was for supposed business

20 use as opposed to personal use each month?

21   A.    No idea.

22   Q.    Did Intertek take any effort to determine what

23 percentage of any supposed lease payments was for -- was

24 to be used for business purposes as opposed to personal

25 purposes each month?