Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
ROBERT BARNARD and BRYAN      )
AHRENS, On Behalf of          )
Themselves and on Behalf of   )
All Others Similarly Situate  )
                              )
        Plaintiffs,           )
                              )
VS.                           )  CIVIL ACTION NO. 4:11-CV-02198
                              )
INTERTEK USA INC D/B/A        )
INTERTEK CALEB BRETT,         )
                              )
        Defendant.            )
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL DEPOSITION OF

ROBERT W. BARNARD

APRIL 17, 2012

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL DEPOSITION OF ROBERT W. BARNARD, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 17th day of April, 2012, from 10:11 a.m. to 3:48 p.m., before Linda S. Partida, CSR, in and for the State of Texas, reported by computerized stenotype machine at the offices of Kennedy Hodges, L.L.P., 711 West Alabama Street, Houston, Texas, pursuant to the Federal Rules of Civil Procedure (and the provisions stated on the record or attached therein.)

**EXHIBIT "2"**

Linda S. Partida, CSR
Nell McCallum & Associates, Inc.

Robert W. Barbard - 4/17/12

Page 134

1  answered.
2     A.  No, no preference.
3     Q.  (BY MS.SHIRODKAR) You just tend to go to
4  whoever's got the cheapest gas and a convenient
5  location?
6     A.  Mostly a convenient location. I mean,
7  in -- just a convenient location is most important.
8     Q.  Okay.
9        Now, how frequently do you have
10 maintenance performed on your car?
11    A.  Every 3,000 miles.
12    Q.  How many --
13    A.  No. Every 5,000 miles. Excuse me.
14    Q.  And, so, have you -- when's the last time
15 you took your car into the shop?
16    A.  Last month.
17    Q.  Why did you do that?
18    A.  For my 5,000-mile oil change.
19    Q.  Do you remember how much that cost you?
20    A.  Nothing.
21    Q.  Did they do it for free, or --
22    A.  Yeah. It's included with my warranty.
23    Q.  Okay.
24       Now, how much does your car insurance
25 cost?

Page 135

1        MR. KENNEDY: Objection. Vague as to
2  time.
3     A.  A hundred and fifty dollars a month.
4     Q.  (BY MS.SHIRODKAR) Okay.
5        Now, do you also have commercial
6  liability insurance on your vehicle?
7     A.  No.
8     Q.  Is there any type of insurance that you've
9  had to purchase on your vehicle as a requirement for
10 working for Intertek?
11    A.  I have to keep liability insurance on my
12 vehicle.
13    Q.  And is that the same you would have if it
14 was, you know, you weren't working for Intertek?
15    A.  Yeah.
16    Q.  Now, how much are your vehicle registration
17 fees?
18    A.  Sixty-something dollars a month -- I mean a
19 year.
20    Q.  Now, what's the cost of wear and tear on
21 your vehicle?
22       MR. KENNEDY: Objection. Vague, calls
23 for speculation.
24    A.  I don't know. I don't have an answer for
25 that. I'd have to look back at all my receipts for

Page 136

1  anything like that.
2     Q.  (BY MS.SHIRODKAR) Would you say less than a
3  hundred a month?
4     A.  Probably less than a hundred a month,
5  because it's a new vehicle. I don't have any
6  problems with it.
7        MR. KENNEDY: And I'm going to object
8  as vague, calls for speculation.
9     Q.  Would you say more than 50 a month?
10       MR. KENNEDY: Calls for speculation.
11    A.  I -- I don't have any receipts in front of
12 me; so, I wouldn't know the exact dollar figure.
13    Q.  (BY MS.SHIRODKAR) Now, does Intertek
14 reimburse you for your mileage?
15    A.  Only if we drive out of town.
16    Q.  Outside of Houston, or is there --
17    A.  Outside of Houston, yes.
18    Q.  Is there any mile limit that is put, you
19 know -- strike that.
20       Is there any mile -- mileage that's
21 done in accordance with that out of town, out of
22 Houston?
23    A.  Yeah, 30 cents a mile for every mile drove
24 outside of Houston area.
25    Q.  And, so, let's say -- Houston's pretty big.

Page 137

1  Let's say you live in one part.
2        Is it also you get paid for miles
3  outside of Houston; or you get paid for miles you
4  drive over 10, 20?
5        MR. KENNEDY: Objection. Vague, calls
6  for speculation.
7     A.  Just anything considered to be out of town
8  would be mileage that you would track as 30 cents a
9  mile.
10    Q.  (BY MS.SHIRODKAR) Okay. And I -- I guess
11 my question, then -- let me rephrase it, because it's
12 not clear -- is, you know, you've defined out of town
13 as out of Houston.
14       But what I'm saying: Is there a
15 corresponding mile limit; like, if you're driving
16 over 20 miles, that's when you'll get mileage
17 reimbursement?
18    A.  No.
19       MR. KENNEDY: Objection. Vague, calls
20 for speculation.
21    A.  No.
22    Q.  (BY MS.SHIRODKAR) Okay.
23       And you said -- I'm sorry. You said
24 how much does Intertek reimburse you per mile?
25    A.  Thirty cents a mile.

Robert W. Barbard - 4/17/12

Page 142

1  Q.  (BY MS.SHIRODKAR) Okay.
2      Now, has Intertek ever paid you more
3  than what you incur in vehicle expenses?
4  A.  Sometimes, yes.
5  Q.  And how much more?
6  A.  Well, they pay us $30 a day; and sometimes
7  I don't use near that for gas.
8  Q.  And, so --
9  A.  But we're not required to report the
10 mileage.
11 Q.  So, have you ever given that excess amount
12 back?
13 A.  No.
14 Q.  And why is that?
15 A.  Because it's an incentive that -- we've
16 been told it's an incentive pay for your shift.
17 Q.  So, even though it doesn't cover your --
18 even though it's excessive, you still --
19 A.  It not considered for our mileage. It's
20 considered an incentive pay.
21 Q.  Okay.
22     Now, what -- what -- what do you mean
23 an incentive pay?
24 A.  It's a flat fee for $25 for miles and a
25 flat fee for meals, $5.

Page 143

1  Q.  Okay.
2  A.  Total of $30.
3  Q.  Okay.
4      And in general, you had talked about
5  the auto allowance being, I think, 350 a month; is
6  that correct?
7  A.  Yes.
8  Q.  Okay.
9      Now, in general, do you think that
10 auto allowance is too high, too low, just right?
11 MR. KENNEDY: Objection. Vague. You
12 need to clarify the context of your question. Are
13 you corresponding it to his actual expenses? Are you
14 asking his personal opinion if it's enough to
15 compensate him for his work?
16 Q.  (BY MS.SHIRODKAR) In general, given your
17 expenses, do you think that the auto allowance that
18 Intertek pays you is too low, too high; or is it
19 about right?
20 A.  Just the auto allowance --
21     MR. KENNEDY: Same objections.
22 A.  -- alone?
23 Q.  (BY MS.SHIRODKAR) Just the auto allowance.
24 A.  That, I really have no opinion on it. It's
25 just the same amount it's always been; so, it hasn't

Page 144

1  changed.
2  Q.  Well, let me ask you this.
3      Do you find yourself having to pay
4  more than what you're getting back when it re -- when
5  it comes to your keeping up with your car --
6  A.  No.
7  Q.  -- things like that?
8  A.  No.
9  Q.  Okay.
10     Do you think the auto allowance should
11 be lower than the amount of money they give you?
12     MR. KENNEDY: Objection. Vague, calls
13 for speculation.
14 A.  No.
15 Q.  (BY MS.SHIRODKAR) Do you think it should be
16 higher?
17     MR. KENNEDY: Same objection.
18 A.  No.
19 Q.  (BY MS.SHIRODKAR) Okay.
20     Now, have you ever complained to
21 Intertek about the auto allowance?
22 A.  No.
23 Q.  Okay.
24     Do you know anyone who's complained to
25 Intertek about the auto allowance?

Page 145

1  A.  No.
2  Q.  Now, are you required to submit
3  documentation to receive the auto allowance?
4  A.  No.
5  Q.  Okay.
6      And what about the mileage
7  reimbursement, are you required to submit
8  documentation for that?
9  A.  Only when we make long trips out of town.
10 In -- inside the Houston area, no.
11 Q.  Okay.
12     So, if you're working inside the
13 Houston area, you get a flat rate for mileage; is
14 that correct?
15 A.  Yes.
16 Q.  Okay.
17     And what -- how much is that?
18 A.  Twenty-five dollars for gas, $5 for a meal
19 every day.
20 Q.  Okay.
21     And it's only when you leave Houston,
22 that's when you have to provide paperwork --
23 A.  Yes.
24 Q.  -- to get a reimbursement?
25 A.  Yes.

37 (Pages 142 to 145)

Linda S. Partida, CSR
Nell McCallum & Associates, Inc.

Robert W. Barbard - 4/17/12

Page 154

1  to give us.
2  Q.  (BY MS. SHIRODKAR) Okay.
3      And I'm asking, in your opinion, if
4  they -- the meal reimbursement could be raised to $7,
5  would that be an adequate reimbursement of your
6  expenses?
7  A.  If they gave me $7 a day, I would accept
8  it. If they give me $5 a day, I accept it.
9  That's -- it's what it is.
10 Q.  Okay.
11     And how often a week do you take a --
12 a meal break?
13 A.  Two, three times a week. I usually
14 normally wait till I get home.
15 Q.  Okay.
16 A.  I don't eat at work.
17 Q.  And what documents do you have to submit to
18 receive the meal reimbursement?
19 A.  None.
20 Q.  So, does it depend on where -- where you're
21 working as to whether you have to submit receipts?
22 A.  No. You're not required to submit a
23 receipt for your meal or your flat mileage. You
24 don't have to keep up with any of that.
25 Q.  And have you ever submitted receipts for

Page 155

1  meals?
2  A.  Only on trips where I went out of town.
3  Q.  And why did you do that?
4  A.  Because I got the full reimbursement for my
5  meals, whatever they cost --
6  Q.  If --
7  A.  -- under $25.
8  Q.  If it was over $5?
9  A.  If it was under $25, I can eat a meal out
10 of -- when I went out of town --
11 Q.  Uh-huh.
12 A.  -- I could order a meal that was under $25.
13 They would reimbursement for it.
14 Q.  And did they have to see a receipt for you
15 to get reimbursed for that?
16 A.  Yes.
17 Q.  So, it -- am I -- is it a fair statement
18 that, if you are -- if you want to be reimbursed for
19 meals you eat when you're out of town working, you
20 have to provide the receipts?
21 A.  Yes.
22 Q.  But when you're working in and around
23 Houston, you don't have to do that?
24 A.  No.
25 Q.  Okay.

Page 156

1      Now, have you ever complained to
2  Intertek about the meal allowance?
3  A.  No.
4  Q.  Do you know anyone who has complained about
5  that meal allowance?
6  A.  No.
7  Q.  Okay.
8      Now, we're going to talk a little bit
9  about timekeeping.
10     You're responsible for tracking your
11 own -- own time and reporting your own time; is that
12 correct?
13 A.  Yes.
14 Q.  Now, how do you report your time each week?
15 A.  On a time sheet.
16 Q.  Is that electronic; or is that a -- like, a
17 hard copy?
18 A.  It's a written hard copy.
19 Q.  Okay.
20     Now, do you understand that the
21 company's payroll department pays you based on the
22 hours that you report every week?
23 A.  Yes.
24 Q.  And, so, you understand that, if you want
25 to be paid -- if you want to be paid for the hours,

Page 157

1  you have to report those hours?
2  A.  Yes.
3  Q.  And conversely, if you don't report your
4  hours, you wouldn't be paid for those. Do you --
5  A.  Yes.
6  Q.  -- understand that?
7      And, so, you understood it's important
8  to be truthful when you're --
9  A.  Yes.
10 Q.  -- reporting your hours to the company?
11 A.  Yes.
12 Q.  And that they trust you to be truthful in
13 filling out your time sheets accurately and
14 correctly?
15 A.  Yes.
16 Q.  Now, have you always told the truth on your
17 time sheets?
18 A.  Yes.
19 Q.  Now, how do you keep track of the hours you
20 work?
21 A.  Well, we work a 12-hour shift from 6:00 to
22 6:00; so, we're -- I show up at 5:30, and we clock
23 out at 6:00. But our time doesn't start till 6:00,
24 we've been told, and doesn't end -- and it ends at
25 6:00. So, we write up from 6:00 to 6:00.

40 (Pages 154 to 157)

Linda S. Partida, CSR
Nell McCallum & Associates, Inc.

Robert W. Barbard - 4/17/12

Page 182

1  Q.  (BY MS.SHIRODKAR) Go ahead.
2  A.  I guess your car allowance would be for the
3  wear and tear.
4  Q.  Okay.
5      So, the $25 is just for gas; is that
6  correct?
7      MR. KENNEDY: Objection. Calls for
8  speculation.
9  A.  I don't know. I -- I've -- I've been told
10 it's not an expense. It's an incentive pay.
11 Q.  (BY MS.SHIRODKAR) Okay.
12     What else does Intertek reimburse you
13 for? Meals, gas, anything else?
14 A.  Tolls, you went over the toll bridge and
15 back.
16 Q.  What else?
17 A.  That's about it. Miscellaneous things like
18 boots, stuff like that.
19 Q.  If you're traveling, will they reimburse
20 you for hotel stay?
21 A.  Yes.
22 Q.  Okay.
23     Now, how do you submit your expenses
24 to Intertek for reimbursement?
25 A.  On a normal basis, every day, you fill out

Page 183

1  your time sheet and put down $5 for a meal, $25 for
2  flat mileage.
3  Q.  So, do you submit expense reports?
4  A.  No. It's on your time sheet.
5  Q.  Okay.
6      Do you submit job vouchers?
7  A.  Yes, a job voucher.
8  Q.  Okay.
9  A.  It's called a time sheet slash job voucher.
10 That's our job voucher for the day.
11 Q.  And that keeps track of the time you've
12 worked and your --
13 A.  Yes.
14 Q.  -- expenses?
15     And do you submit them electronically?
16 A.  No. Manually, just handwritten.
17 Q.  Who do you hand them in to?
18 A.  To the supervisor.
19 Q.  Okay.
20     Now, how often do you submit the job
21 vouchers?
22 A.  Every day.
23 Q.  Every day.
24     And do you sign them every time you
25 submit them?

Page 184

1  A.  Yes.
2  Q.  Okay.
3      Now, has there ever been a time when
4  Intertek has refused to reimburse you for an expense?
5  A.  Not that I'm aware of.
6  Q.  Okay.
7      Now, I'm going to hand you Intertek
8  26119 through 26133.
9      MS.SHIRODKAR: Let me give that to her
10 first to mark, and let me give this one to your
11 attorney.
12     (Exhibit 8 marked)
13 Q.  (BY MS.SHIRODKAR) Now, please review those
14 that I've just handed to you; and let me know if
15 these are copies of your expense reports from
16 September, 2011, through January, 2012.
17 A.  I couldn't tell you. These are -- they
18 have my name on them, but I didn't sign these. These
19 are reports from our office, I'm assuming from --
20 that they get from my job vouchers. They reflect our
21 incentive pay plus the meals --
22 Q.  Now --
23 A.  -- the $25 plus meals.
24 Q.  -- any reasons to believe these aren't
25 copies of your expenses for that time period?

Page 185

1      MR. KENNEDY: Objection. Vague.
2  A.  Other than just you showing them to me, I
3  can't deny they are or are not.
4  Q.  (BY MS.SHIRODKAR) Okay.
5      Now, whose initials are those at the
6  bottom of the page?
7  A.  I do not know.
8  Q.  You don't know?
9      I think it's C.J. Do you know anyone
10 with those initials?
11 A.  They could be C.G.
12     MR. KENNEDY: Calls for speculation.
13 Q.  (BY MS.SHIRODKAR) Do you know anyone with
14 those initials?
15 A.  I'm assuming it -- it's our person that
16 turns in our times --
17 Q.  Okay.
18 A.  -- Cherrie, Cherrie Smith. But that don't
19 look like an S.
20 Q.  Okay.
21     Now, if you --
22 A.  So --
23 Q.  Oh, sorry.
24 A.  -- it could be anybody.
25 Q.  Now, if you look at the first page, that's

47 (Pages 182 to 185)

Linda S. Partida, CSR
Nell McCallum & Associates, Inc.

Robert W. Barbard - 4/17/12

Page 190

1  for your mileage --
2     A.  Yes.
3     Q.  -- in the total amount?
4     A.  Yes.
5     Q.  And how does Intertek know exactly what
6  that mileage is?
7        MR. KENNEDY: Objection. Calls for
8  speculation.
9     A.  I just give them my odometer readings start
10 to finish from when I leave the office till when I
11 arrive back to the office.
12    Q.  (BY MS.SHIRODKAR) Okay.
13       Now, if you'll look at the next page,
14 which is Intertek 26124, are these receipts that you
15 turned in?
16    A.  Yes.
17    Q.  Okay.
18       Now, what did you get in that bottom
19 right corner from Popeye's for $75? Was that just a
20 meal for you?
21    A.  No. It was chicken for everybody --
22    Q.  And who is everybody?
23    A.  -- at the terminal.
24       There was a bunch of operators I'd
25 worked with. I called my supervisor; and he said it

Page 191

1  was okay, because I hadn't spent very much money on
2  meals at all in the four days I was there. I could
3  have wrote up $75 a day, anyway.
4     Q.  And, so, did you get fully reimbursed for
5  the seventy-four fifty-seven?
6     A.  Yes.
7     Q.  Okay.
8     A.  I believe I did. I don't know.
9     Q.  Okay.
10       Now, let's look at Intertek twenty --
11    A.  I'd have to look. Yeah.
12    Q.  Now, let's look at Intertek 26130; and that
13 should be dated January 17th, 2012.
14    A.  Yes.
15    Q.  And I want to draw your attention to where
16 it says, on January 11th, 2012, "Employee meals: Out
17 of town meals, fifty-five ninety-nine."
18    A.  Where?
19    Q.  It's about, I'd say --
20    A.  Employee meals?
21    Q.  -- halfway down that --
22    A.  Fifty-five ninety-nine?
23    Q.  Yes.
24    A.  That says, "Best Western Hotel."
25    Q.  I think Best Western is for --

Page 192

1     A.  Oh, okay.
2     Q.  -- ninety-six --
3     A.  Okay. Okay. "Employee meals: Out of town
4  meals," yes.
5     Q.  So, is it your understanding that, while
6  you're out of town, you receive full reimbursement
7  for meals?
8     A.  Yes.
9     Q.  But you only get $5 a day for meals when
10 you're not out of town?
11    A.  Yes.
12    Q.  Now, similarly, you received full
13 mileage -- I think, if you look one down, "Trip to --
14 Mileage, Gas, & Tolls: Trip to San Angelo, Texas" --
15    A.  Yes.
16    Q.  -- for about $370.
17    A.  Yes.
18    Q.  A little more.
19       MR. KENNEDY: Object. It assumes
20 facts not in evidence when you refer to full mileage
21 reimbursement.
22       Go ahead.
23    Q.  (BY MS.SHIRODKAR) Now, you got your mile --
24 your actual mileage for that trip to San Ango -- San
25 Angelo, Texas; but you just receive the flat mileage

Page 193

1  rate for days that you're in the Houston area?
2        MR. KENNEDY: Objection. Compound and
3  assumes facts not in evidence.
4        Go ahead.
5     A.  Yeah, when we make a trip out of town, we
6  get 30 cents a mile.
7     Q.  (BY MS.SHIRODKAR) Okay.
8     A.  And on the days that we're in tow -- in the
9  Houston area, we get a flat rate of $25 a day --
10    Q.  Okay.
11    A.  -- for incentives.
12    Q.  And what are those incentives?
13    A.  I assume for whatever you want to spend it
14 on, I guess, as long as you've got gas to get you
15 back and forth to work.
16    Q.  Okay.
17       Now, let me hand you another stack of
18 papers.
19       MR. KENNEDY: Finished with that one?
20       MS.SHIRODKAR: Yes.
21    Q.  I'm going to hand you now what's marked
22 Intertek 13531 through 13566.
23       MS.SHIRODKAR: I'm going to hand it to
24 her to mark first.
25       (Exhibit 9 marked)

49 (Pages 190 to 193)

Linda S. Partida, CSR
Nell McCallum & Associates, Inc.

Robert W. Barbard - 4/17/12

Page 198

1  Q.  Okay.
2      When before that?
3  A.  I can't remember. I can't recall.
4  Q.  Was -- would it have been within 2012?
5  A.  I'm sure, but I couldn't give you exact
6  dates.
7  Q.  Now, if a day goes by when you work for
8  Intertek but don't drive, do you still fill out a job
9  voucher?
10 A.  Yes.
11 Q.  And how do you fill it out?
12 A.  The same way.
13 Q.  Putting 25 for the travel and 5 for lunch?
14 A.  For the incentive, yes.
15 Q.  Okay.
16     Now, are there any times that you fill
17 out the actual mileage instead of putting at -- $25?
18 A.  Only when we drive out of town.
19 Q.  Okay.
20     Now, on this same voucher, you wrote
21 that you arrived at 5:30 in the morning and you left
22 at 6:00, for a total of 12.5 hours.
23 A.  Yes.
24 Q.  Now, is that the total amount you worked on
25 this day?

Page 199

1  A.  Yes.
2  Q.  So, did you get paid in accordance with
3  that?
4  A.  Yes.
5  Q.  So, it does seem, in some instances, you
6  did work over 12 hours and you did report it as --
7  A.  Yes.
8  Q.  -- over 12 hours?
9      Did anyone come and tell you, in
10 regards to this job voucher, "Hey, you need to make
11 this 12 hours"?
12 A.  No. They changed that policy after the
13 first of the year.
14 Q.  So --
15 A.  December, 2012.
16 Q.  So, they've only been telling you don't
17 report over 12 hours of overtime -- I'm sorry -- over
18 12 hours a shift since January of 2012?
19 A.  I'm going back. I can tell --
20     MR. KENNEDY: Calls for speculation.
21 A.  You've got the time sheets here. Okay?
22 Somewhere up until November, I was wroting up 12 and
23 a half, 12, 12 and a half; but then, after that, it
24 seems like in November. So, maybe possibly even
25 November of last year. Well, it was twelve fifteen,

Page 200

1  12 hours and 15 minutes; 12.5; 12; 6.5. Yeah.
2       I work a different schedule; so, yeah,
3  someti -- somewhere in December of oh -- of 2011.
4  Q.  (BY MS.SHIRODKAR) Uh-huh.
5  A.  Except for, in the instance when I went to
6  Oklahoma --
7  Q.  Sure.
8  A.  -- I got 16 hours --
9  Q.  Uh-huh.
10 A.  -- on that. That's -- but that was an
11 instance where I was driving plus working.
12      And then there was another 16 hours on
13 the next day.
14 Q.  Uh-huh.
15 A.  But that was a special instance where I was
16 in Oklahoma. But normally, on any other day, now
17 we're not allowed to write up any more than 12 hours
18 per day.
19 Q.  And those are the instances where your
20 supervisor tells you, "If you're working over 12,
21 leave it for the next guy"?
22 A.  Yes.
23 Q.  And, so, looking at this December, 2011,
24 trip to Oklahoma, where you -- you reported 16
25 hours --

Page 201

1  A.  Yes.
2  Q.  -- did you get compensated for those 16
3  hours?
4  A.  Yes.
5  Q.  Did anyone tell you, "Hey, we're going to
6  cut out four of these hours, put you back down to
7  12"?
8  A.  No.
9  Q.  Okay.
10 A.  As a matter of fact, I was told to write up
11 16 hours a day for those days.
12 Q.  And why was that?
13 A.  Because it was what they were charging back
14 to the customer.
15 Q.  And did you, indeed, work 16 hours a day?
16 A.  I can't recall.
17 Q.  Now, let's look back -- sorry -- the page
18 we were on. I think we were on the -- the first
19 page, I think, 12.5 hours.
20      And you said that that was the --
21 those were the hours you reported that day?
22 A.  Yes.
23 Q.  And, so, this job voucher and others, those
24 take into account all the hours you had worked?
25 A.  Yes.

51 (Pages 198 to 201)

Linda S. Partida, CSR
Nell McCallum & Associates, Inc.

Robert W. Barbard - 4/17/12

### Page 210

1  five days.
2  Q. And, so, instead of reporting -- let's
3  see -- that you spent $10 for dinner, you just
4  decided to do --
5  A. I had totaled them up.
6  Q. -- all of the meal receipts --
7  A. I had totaled them up on a calculator,
8  added them together, and put them under "Other."
9  Q. And you weren't getting the flat $5,
10 because you were traveling outside of the Houston
11 area --
12 A. Yes.
13 Q. -- is that correct?
14 A. Yes.
15 Q. And for the five ninety-six, that is,
16 again, because of traveling outside of the Houston
17 area --
18 A. Yes.
19 Q. -- and not just putting down...
20     (Telephone interruption)
21     MR. KENNEDY: You're supposed to be
22 napping right now. That was your wake-up alarm.
23     THE WITNESS: No. That's -- somebody
24 called me. I don't know who.
25 Q. (BY MS.SHIRODKAR) You reported 596 miles

### Page 211

1  instead of just the flat amount?
2  A. Yes.
3  Q. And how did you come up with the figure
4  of -- under "Travel," where it says, "Charge," the
5  $178 and seven -- and 80 cents? Sorry.
6  A. I multiplied the five ninety-six times 30
7  cents.
8  Q. And, so, this was a reimbursement just --
9     THE WITNESS: Let me turn this off.
10    MR. KENNEDY: Sure.
11 Q. (BY MS.SHIRODKAR) And that was a
12 reimbursement just for miles; is that correct?
13 A. The one seventy-eight? Yes.
14 Q. Okay.
15    Now, if you turn the -- to the page
16 marked Intertek 13560.
17 A. Sixty.
18 Q. And that's the job voucher for the week
19 ending 12-3-11.
20 A. Yes.
21 Q. Are you on there?
22 A. Yes.
23 Q. And if you look at the bottom half of that
24 sheet, you'll see that, under "Details," it says,
25 "Dispatch."

### Page 212

1  A. Yes. I was dispatching that day.
2  Q. And was that a regular occurrence or kind
3  of a once-in-a-while thing?
4  A. It was -- I mean, I fill in for dispatchers
5  all the time.
6  Q. Okay.
7     Now, why did you write down $5 for
8  lurch and 25 for travel?
9  A. Dispatchers receive that same incentive
10 pay.
11 Q. Now, if you were working as a dispatcher,
12 did that mean you didn't have to do any driving that
13 day?
14 A. Pretty much.
15 Q. So, if you weren't driving, then, why did
16 you seek out that 25-dollar allowance?
17    MR. KENNEDY: Ob -- objection.
18 Misstates prior testimony in terms of "seeking out."
19 He's told you that's what he was told to do.
20 Q. (BY MS.SHIRODKAR) You can answer.
21 A. I was told to do that. We were told to,
22 you know, put down our $5 for meal, $25 a day
23 incentive. The dispatchers now do the same thing.
24 They receive 20 -- they receive the same -- same
25 incentive pay that we receive every day.

### Page 213

1  Q. And who told you that?
2  A. Every dispatcher's told me that --
3  Q. Okay.
4  A. -- they receive the same thing.
5  Q. Now, did someone tell you specifically,
6  "Robert, when you're working as a dispatcher, make
7  sure you submit a job voucher for these
8  reimbursements"?
9  A. Yeah. I mean, our supervisors.
10 Everybody -- all the other dispatchers receive the
11 same incentive pay whether they're working in the
12 field or sitting at the office.
13 Q. Okay.
14    Now, turn to Intertek 13564; and
15 that's the job voucher for the week ending
16 December 17, 2011.
17 A. Oklahoma inventory?
18 Q. Yes.
19    And tell me why you scratched out the
20 5- and 25-dollar charge for that day.
21 A. Because I had started to fill it out as
22 I -- normal habit, and then I realized that I had to
23 itemize all that. So, then I turned it in on the
24 19th, which was -- I was told was okay. Even though
25 that that wasn't part of the Oklahoma trip, I put the

54 (Pages 210 to 213)

Linda S. Partida, CSR
Nell McCallum & Associates, Inc.

Robert W. Barbard - 4/17/12

Page 254

1    Earlier, Intertek's lawyer handed you
2 a copy of your statement, your declaration that you
3 signed.
4         Do you remember coming into my office
5 and reading that statement --
6    A.   Yes.
7    Q.   -- before you signed it?
8    A.   Yes.
9    Q.   Okay.
10        Do you remember reading the whole
11 statement? And we're talking about Exhibit 12.
12   A.   I remember, the day that I signed it, I
13 remember reading through it. But, today, I don't
14 remember it. I've been up for a while.
15   Q.   Right.
16   A.   But I remember reading over it with you on
17 the day that I signed it, but I don't remember --
18 right now, I've been up for a while. I don't
19 remember signing it --
20   Q.   Okay.
21   A.   -- that day. I may have misunderstood the
22 question.
23   Q.   Robert, when you add the amount categorized
24 as mileage on the mileage reimbursement check with
25 the amount categorized as an auto allowance, was that

Page 255

1 total amount more than your actual expenses that you
2 incurred related to your vehicle?
3    A.   Yes.
4    Q.   Was it substantially more?
5    A.   Yes.
6    Q.   Was it often about double the amount of
7 your actual auto-related expenses?
8    A.   Probably.
9    Q.   Did the miles that you drove, related to
10 your job, vary from day to day?
11   A.   Yeah.
12   Q.   When you told us earlier that you drove an
13 average of 45 miles per day, how secure are you as to
14 the accuracy of that number?
15   A.   Not really. I mean, it could be less.
16 Some days it was none.
17   Q.   How did you come up with that number?
18   A.   Just a ballpark guess.
19   Q.   Are there some days where you drove less
20 than 20?
21   A.   There was a lot of days I drove less than
22 20.
23   Q.   Were there days when you were assigned as
24 dispatcher and you didn't drive at all related to the
25 job?

Page 256

1    A.   Yes.
2    Q.   On those dates, did Intertek still pay you
3 the 25-dollar what you've called incentive pay?
4    A.   Yes.
5    Q.   What was the -- the highest number of miles
6 that you've driven, work-related, on any given day?
7    A.   Other than out of town?
8    Q.   Right. I'm sorry.
9         On a day that you are driving only in
10 the greater Houston area --
11   A.   Okay.
12   Q.   -- and you're getting the 25-dollar
13 payment, what is that -- the most number of miles
14 that you've driven in a single day related to the
15 job?
16   A.   Seventy miles.
17   Q.   How many miles is it from your home to the
18 Intertek main office, where you reported on a regular
19 basis?
20   A.   It depends on what route I go. Fifteen to
21 18 miles.
22   Q.   So, round trip --
23   A.   One way.
24   Q.   I'm sorry? Go ahead.
25   A.   One way.

Page 257

1    Q.   That's one way?
2    A.   Yeah.
3    Q.   Okay.
4         So, round trip, 30 to 36 miles?
5    A.   Yeah, I guess.
6    Q.   And if you work five days per week and make
7 that round trip, are you driving, from home to work,
8 between a hundred and fifty and a hundred and
9 eighty miles?
10   A.   Yeah, I guess so.
11   Q.   Does that include -- the hundred and fifty
12 to hundred and eighty, does that include your
13 personal miles driven on the weekends?
14   A.   No.
15   Q.   So, when you add those miles up, is that
16 more than -- or does that sound like an accurate
17 number of miles -- personal miles that you drove per
18 week, the hundred and fifty to hundred and
19 eighty plus --
20   A.   Yeah.
21   Q.   -- your week miles?
22   A.   Yeah, that would be more accurate, I guess.
23   Q.   All right.
24        And I presume, sometimes, you drove
25 more, sometimes less?

65 (Pages 254 to 257)

Linda S. Partida, CSR
Nell McCallum & Associates, Inc.