# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERT BARNARD and BRYAN AHRENS, on Behalf of Themselves and on Behalf of All Others Similarly Situated,** § § § § | | |
| Plaintiffs, § § § § § | | |
| V. § § § | **CIVIL ACTION NO. 4:11-cv-02198** **JURY TRIAL DEMANDED** | |
| § § § | | |
| **INTERTEK USA INC D/B/A INTERTEK CALEB BRETT,** § § § § | | |
| Defendant. § § | | |

## ORDER GRANTING
## PLAINTIFFS' MOTION TO STRIKE THE OPINIONS OF MALCOLM COHEN, Ph.D.

Before the Court is Plaintiffs' Motion to Strike the Opinions of Malcolm Cohen, Ph.D. After having considered the Motion, any response thereto, arguments, if any, of counsel, the court is of the opinion that the Motion should be GRANTED. THEREFORE, IT IS,

ORDERED that Plaintiffs' Motion to Strike the Opinions of Malcolm Cohen, Ph.D. is hereby GRANTED.

Signed _____, 2013

_____
UNITED STATES MAGISTRATE JUDGE