UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT BARNARD and BRYAN AHRENS, on Behalf of Themselves and on Behalf of All Others Similarly Situated,<br>    Plaintiffs,<br><br>V.<br><br>INTERTEK USA INC D/B/A INTERTEK CALEB BRETT,<br>    Defendant. | §§§§§§§§§§ | CIVIL ACTION NO. 4:11-cv-02198<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

The parties have reached a settlement of all claims in this lawsuit and have requested the court to enter a dismissal. The court has approved the settlement. Therefore, this lawsuit is hereby **DISMISSED WITH PREJUDICE** with respect to each plaintiff who signs the Release and Confidentiality Agreement that was filed as part of the parties' Settlement Agreement and without prejudice for all Plaintiffs who do not sign the Release and Confidentiality Agreement.

All relief not expressly granted herein is denied.

SIGNED at Houston, Texas on this 8th day of JANUARY, 2014.

THE HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE